UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
**MINUTES - SENTENCING**

Case No. 21-10005-CR-KING    Date: November 4, 2021    Judge James Lawrence King
Defendant: **Yosniel Fuentes Munoz**    Defense counsel: Joaquin Mendez, Jr., Esq.

AUSA: Daniel Cahill    United States Probation Officer: Syreta Gould

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 15 |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   $ -0-
( ) The court orders restitution in the amount of
(**X**) Count remaining dismissed

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  | YEARS |
|---|---|
| Count I | 3 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
( ) CONCURRENT ( ) CONSECUTIVE ( ) Drug/Alcohol Treatment  ( ) Mental Health Treatment
( ) Employment and  Self Employment Restriction   ( ) Financial Disclosure   ( ) DNA Requirement   ( ) Community Service Hours   ( ) Permissible Search   (**X**) Unpaid Restitution, Fines, and Costs

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   Designation in a facility as close to South Florida as possible
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.    *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Ratify the Magistrate"s Report & Recommendation for Change of Plea
- The Court Adjudicates the Defendant Guilty of Count I of the Indictment
- The Defendant waives his rights to have an in-person sentencing before the Court, and consent to Zoom Gov Meeting for Sentencing
- Defense Motion fo Downward Variance is hereby - **DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter:    Francine Salopek
Spanish Interpreter: Maria Kisic